# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHARLES SHAW,**

        **Plaintiff,**

**-vs-**                                                      **Case No.  6:06-cv-521-Orl-28DAB**

**JO ANNE B. BARNHART, Commissioner**
**of Social Security,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause comes before the Court on its own initiative. Despite the Inventory Attorney's best efforts to contact Plaintiff, previously represented by Mr. Gautier, she has been unable to do. Doc. No. 17. The most recent extension of time to allow for such contact has expired. Accordingly, pursuant to Local Rule 3.10(a) of the Middle District of Florida, it is therefore **RECOMMENDED** that this cause be **DISMISSED** without prejudice for failure to prosecute and the Clerk be directed to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 18, 2007.

                                                              *David A. Baker*

                                                            DAVID A. BAKER
                                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Inventory Attorney
Unrepresented Party
Courtroom Deputy