UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES SHAW,

           Plaintiff,

-vs-                                            Case No. 6:06-cv-521-Orl-28DAB

JO ANNE B. BARNHART, Commissioner
of Social Security,

           Defendant.
_____

# ORDER

This case is before the Court on the Inventory Attorney's response (Doc. 17) to the Court's Order (Doc. 16) filed December 15, 2006. The United States Magistrate Judge has submitted a report recommending that the case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and consideration of the objection to the Report and Recommendation filed by the Inventory Attorney (Doc. 19), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 19, 2007 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed without prejudice for failure to prosecute.

3. The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this __22__ day of February, 2007.

                                             JOHN ANTOON II
                                             United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party